ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| | | |
|---|---|---|
| LOURDES MILAGROS VÉLEZ RAMÍREZ, SANDRA LIZETTE SANTANA SOUFRONT, JOSÉ DAVID SANTANA FALÚ<br><br>Parte Peticionaria<br><br>V.<br><br>GLADYS FALÚ OLIVENCIA, GILBERTO GABRIEL SANTANA FELICIANO, EVELYN GABRIELA SANTANA FELICIANO<br><br>Parte Recurrida | TA2025CE00636 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de Mayagüez<br><br>_____<br>Caso Núm.: MZ2025CV00845<br><br>_____<br>SOBRE:<br><br>ACEPTACIÓN, RENUNCIA, REMOCIÓN O SUSTITUCIÓN DE ALBACEA |

Panel integrado por su presidenta, la Juez Brignoni Mártir, el Juez Salgado Schwarz y la Juez Barresi Ramos[1].

Salgado Schwarz, Carlos G., Juez Ponente

# RESOLUCIÓN

En San Juan, Puerto Rico, a 21 de octubre de 2025.

Examinada la Petición de Certiorari[2] instada el 17 de octubre de 2025 por Lourdes Milagros Vélez Ramírez, Sandra Santana Soufront y José David Santana Falú disponemos lo siguiente:

Luego de un estudio minucioso y sosegado del expediente ante nos, entendemos que es una etapa muy temprana en el proceso ante el TPI, y la determinación aún puede ser revisable en etapas posteriores, por lo que procede abstenernos de ejercer nuestra función

---

[1] Mediante Orden Administrativa OATA-2025-207 se designa a la Hon. Eileen J. Barresi Ramos en sustitución de la Hon. Waleska Aldebol Mora.

[2] Prescindimos de requerir la comparecencia de la parte recurrida a tenor con la autoridad que nos confiere la Regla 7(B)(5) del Reglamento del Tribunal de Apelaciones, según enmendada, *In Re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 42, pág. 15, 215 DPR____ (2025).

revisora, y denegamos la expedición del auto de *certiorari*. Véase, Regla 40 del Reglamento del Tribunal de Apelaciones, según enmendada, *In Re Aprob. Enmdas. Reglamento TA,* 2025 TSPR 42, págs. 62-63, 215 DPR ___ (2025).

A la *Urgente Solicitud de Auxilio de Jurisdicción y Paralización de los Procedimientos Ante el Tribunal de Primera Instancia*, No Ha Lugar.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones. La Juez Barresi Ramos concurre sin opinión escrita.

*Lcda. Lilia M. Oquendo Solís*
*Secretaria del Tribunal de Apelaciones*